# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2010

Lyle W. Cayce
Clerk

No. 09-20845
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

TEOFILO RODRIGUEZ VALENCIA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-417-1

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Teofilo Rodriguez Valencia presents arguments that he concedes are foreclosed by *United States v. Ayala*, 542 F.3d 494, 495 (5th Cir. 2008), *cert. denied*, 129 S. Ct. 1388 (2009), which held that a violation of TEXAS PENAL CODE § 21.11(a) constitutes the offense of sexual abuse of a minor, justifying a U.S.S.G. § 2L1.2(b)(1)(A)(ii) offense level enhancement. The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.